*E-FILED - 1/3/13*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff/Respondent,<br><br>    v.<br><br>THIN EDWARD SOU,<br><br>                Defendant/Movant. | NO. C-08-3072-RMW<br>Related Criminal Case: CR-03-20110-RMW<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |

Thin Edward Sou moves *pro se* for reconsideration or for leave to file a motion for reconsideration of the court's denial of his motion attacking his sentence. Although petitioner was represented at the hearing on his § 2255 motion, he has filed the current motion *pro se*. His apparent reason for filing *pro se* is that he wanted to insure timeliness of the motion. The court has considered the motion for reconsideration or leave to file a motion for reconsideration and hereby denies the motion.

Dated: 1/3/13

_Ronald M Whyte_

RONALD M. WHYTE
United States District Judge

1

2 *Copy of Order Mailed Electronically to:*

3 John N. Glang, AUSA
Office of the United States Attorney
150 Almaden Blvd, Suite 900
4 San Jose, CA 95113
Email: John.Glang@usdoj.gov
5          Attorneys for Plaintiff United States of America

6

7 Eric Russell Krebs
Law Offices of Eric R. Krebs
44 Montgomery Street
8 Suite 3585
San Francisco, CA 94104
9 Email: erkrebs@yahoo.com
         Attorney for Defendant
10

11 *Copy of Order Mailed on 1/3/13 to:*

12 Thin Edward Sou
F.C.I. Elkton
13 P.O. Box 10
Lisbon, OH 44432
14          Movant/Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION FOR RECONSIDERATION
NO. C-08-03072, CR-03-20110-RMW                    2